# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RUTH DEDDENS, et. al.,

    Plaintiff,

   vs.

WARREN COUNTY MONTGOMERY COUNTY COMMUNITY COLLEGE DISTRICT, et. al.,

    Defendants.

Case No.  3:12-cv-0222

_____

## ORDER OF DISMISSAL: TERMINATION ENTRY
_____

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    **IT IS SO ORDERED.**


April 10, 2013                 s/ Walter H. Rice
                                     WALTER H. RICE,  JUDGE
                                     UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record